UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEVIE ROBERTS, | ) |
| Petitioner, | ) |
| v. | ) No. 3:22-CV-250-KAC-DCP |
| MIKE PARIS, | ) |
| Respondent. | ) |

## JUDGMENT

In the accompanying Memorandum Opinion and Order, the Court **DIRECTED** the Clerk to transfer this action to the Western Division of the United States District Court for the Western District of Tennessee and close this Court's file. Accordingly, it is appropriate to enter Judgment.

**SO ORDERED.**

        s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT